UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kimberly Ann Brown, <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security Administration, <br><br> Defendant. | C/A No. 4:18-cv-00870-RMG-TER <br><br><br> ORDER |

      This is an appeal from a denial of social security benefits filed by a counseled litigant. Under Local Civil Rules (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which is construed as a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. (ECF No. 3). The court does not have enough information to rule on the motion at this time.

**TO PLAINTIFF:**

      Plaintiff is ordered to submit a fully completed AO 239, Application to Proceed in District Court Without Prepaying Fees or Costs(long form) within **14 days of this order**. Plaintiff should direct attention to answering all questions accurately, including, but not limited to, assets and value of assets. Plaintiff failed to list any assets in her current Motion but did list expenses concerning assets.

**TO THE CLERK OF COURT:**

      The Clerk of Court shall attach a blank copy of form AO239 when filing this order on ECF. Plaintiff's attorney will receive this order by electronic filing.

      IT IS SO ORDERED.


                                                                      s/Thomas E. Rogers, III
March 30, 2018                                      Thomas E. Rogers, III
Florence, South Carolina                 United States Magistrate Judge