# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Kimberly Ann Brown | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | |
| Andrew M. Saul, Commissioner of Social Security | ) | Civil Action No.: 4:18-870-RMG |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court reverses the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) and remands this matter to the agency with instructions to award benefits from January 28, 2014.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who rejected the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: July 15, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance

*Signature of Clerk or Deputy Clerk*